FILED ___ LODGED
RECEIVED ___ COPY

JAN 1 4 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ M DEPUTY

MICHAEL BAILEY
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
Email: gayle.helart@usdoj.gov
BRETT A. DAY
Arizona State Bar No. 027236
Email: brett.day@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Clinton Mark Lewis,<br><br>    Defendant. | No. CR-20-00044-PHX-SPL (DMF)<br><br>**REDACTED<br>INDICTMENT**<br><br>VIO:  18 U.S.C. §§ 2252(a)(4)(B), (b)(2), and 2256<br>(Possession of Child Pornography, With Prior Qualifying Conviction)<br>Count 1<br><br>18 U.S.C. §§ 981 and 2253,<br>21 U.S.C. § 853, and<br>28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about January 18, 2019, in the District of Arizona, and elsewhere, defendant CLINTON MARK LEWIS, a person with a prior qualifying conviction of Possession of Child Pornography, Case No. 4:05-cr-00092-DCB-EJM, District of Arizona (Tucson Division), did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by

the defendant were contained on a desktop computer. The visual depictions on the desktop computer had been mailed, had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and had been produced using materials which had been mailed, shipped, and transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

    256_1fb24a7e91a45744.jpg

    256_4a7adf6b4bc3358d.jpg

    256_8b513b88995b76e3.jpg

    256_33c18e58526801b6.jpg

    256_105e8a08e8b57294.jpg

    256_413aef9916e615b6.jpg

    256_7138d5d7811fa007.jpg

    256_906396c794e7ad59.jpg

    256_6330552ad11fa30b.jpg

    256_678642189565832e.jpg

    256_a05ac2f074040129.jpg

    256_c136445653fc0fc9.jpg

    256_d06b49f1deca9384.jpg

    256_fa0e014c93ebb506.jpg

    b6cdd3f92763f568.jpg

    eb0f9ff74928379a.jpg

    In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

## FORFEITURE ALLEGATIONS

    The Grand Jury realleges and incorporates the allegations of Count 1 of this Indictment, which are incorporated by reference as though fully set forth herein.

1 | Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United
2 | States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon
3 | conviction of the offenses alleged in Count 1 of this Indictment, the defendant shall forfeit
4 | to the United States of America all right, title, and interest in any visual depiction, or any
5 | book, magazine, periodical, film, videotape, or other matter which contains any such visual
6 | depiction, which was produced, transported, mailed, shipped or received in violation of
7 | statute, and any property, real or personal, constituting or traceable to gross profits or other
8 | proceeds obtained from such offense, and any property, real or personal, used or intended
9 | to be used to commit or to promote the commission of such offense or any property
10 | traceable to such property, including, but not limited to a desktop computer with a hard
11 | drive and other digital devices seized by law enforcement on approximately January 29,
12 | 2019, containing visual depictions of minors engaging in sexually explicit conduct and
13 | child erotica and used to facilitate child pornography activities.  If any of the above-
14 | described forfeitable property, as a result of any act or omission of the defendant:

15 |     (1)    cannot be located upon the exercise of due diligence,
16 |     (2)    has been transferred or sold to, or deposited with, a third party,
17 |     (3)    has been placed beyond the jurisdiction of the court,
18 |     (4)    has been substantially diminished in value, or
19 |     (5)    has been commingled with other property which cannot be divided without
20 |     difficulty,
21 | it is the intent of the United States to seek forfeiture of any other property of said defendant
22 | up to the value of the above-described forfeitable property, pursuant to 21 United States
23 | Code, Section 853(p).
24 | //
25 | //
26 | //
27 | //
28 | //

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*S/*

FOREPERSON OF THE GRAND JURY
Date: January 14, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

*S/*

GAYLE L. HELART
BRETT A. DAY
Assistant United States Attorneys

- 4 -