MICHAEL BAILEY
United States Attorney
District of Arizona
GAYLE L. HELART
Assistant United States Attorney
California State Bar No. 151861
Email: gayle.helart@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR 20-00044-01-PHX-SPL |
|---|---|
| Plaintiff, | **JOINT MOTION FOR PRODUCTION OF DISCOVERY WITHIN POSSESSION OF UNITED STATES PROBATION OFFICE** |
| vs. | |
| Clinton Mark Lewis, | |
| Defendant. | |

The United States of America and Defendant, by and through its attorneys, hereby submit the following the following Joint Motion for Production of Discovery Within Possession of the United States Probation Office.

This case commenced with Lewis' Phoenix-based supervising probation officer conducting a probation search, which resulted in the retention of items of discovery within the possession of the United States probation office. Upon request by the defense and government for these items, the Probation Office returned a response that such items will need a Court order before disclosing them to either party. (*See* Exhibit 1, filed separately under seal).

Facts:

On January 18, 2019, Lewis' supervising probation officer conducted a probation search, taking several computer and electronic storage items. Lewis admitted he had

possessed electronic items, contacted minors over the internet, viewed pornography, and reported contact with a minor on or about June 2018. (*See* Exhibit 1, filed separately under seal).

The probation officer turned the items over to a Phoenix based forensic FBI agent. Upon seeing an image of child pornography, the agent obtained a federal search warrant and found that two of the computers had Veracrypt (enabling an encrypted container within the computer) and thumbnail files of child pornography.  Lewis also had a recording software called "XShare" loaded on his computer.

On January 14, 2020, a federal grand jury in Phoenix returned an indictment for Possession of Child Pornography with a Prior Qualifying Conviction, in the current matter, Case No. CR-20-00044-01-PHX-SPL, supported by the evidence from the January 18, 2019, probation search.

Discovery Produced So Far:

The discovery produced by the government so far has generally included the forensic report done by the FBI, a summary written by the supervising probation officer, a recorded interview with Lewis, and copies of several notebooks found at the time of the search.

Discovery Requested by the Defense:

On July 19, 2020, as it related to, or potentially related to, the probation file, the defense requested:

1. The polygraph results and questions/answers referred to by the probation office in its report; if the session was recorded, please produce the recording.
2. The notes of the third party's report;[1] if it was recorded, please produce the recording.
3. The notes of Lewis' statements and the probation officer's notes of the search (*i.e.*

---

[1] This relates to a third party who reported to the probation officer that Lewis had contact with a minor, had been in possession of a smart phone, had other internet capable devices, and had domestic disputes with his family resulting in orders of protection.  This report also supported the reasonable suspicion to conduct the search.

2

from January 18, 2019, the date of the search).

    4. Notes of the Phoenix Police Department's participation in the search.

    5. The (probation) warrant from February 18, 2019, and notes surrounding its issuance and circumstances surrounding Lewis' failure to appear.

    6. Any probation officer notes or reports to the FBI on approximately March 29, 2019, relating to the data on the devices seized.

    7. Any probation officer notes or reports to the FBI on approximately April 12, 2019, relating to conversation with parents.

In Exhibit 1, the Probation Office has responded that it has no information as to #4 (any Phoenix Police Department reports). The government will seek further information as to whether any reports were written.

As to all other matters, however, the Probation Office indicates it needs an order from this Court, as they are property of the Court and remain confidential.

Respectfully submitted this 29th day of October, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ David S. Eisenberg*      *s/Gayle L. Helart*
David S. Eisenberg      Gayle L. Helart
Attorney for Clinton Mark Lewis      Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: David Eisenberg.

*s/Erica Lane*

<tr>3</tr>