IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 20-00044-01-PHX-SPL |
| Plaintiff, | |
| vs. | **O R D E R** |
| Clinton Mark Lewis, | |
| Defendant. | |

The parties have submitted a joint motion for discovery of various items within the possession of the Probation Office, District of Arizona.  After discussion in open court at the Status Conference on Monday, November 16, 2020, and the parties representing they would confer about this Order, and consistent with the Guide to Judiciary Policy, Volume 20, Chapter 8,  and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the records in the Probation Office, District of Arizona's, possession relating to the parties' request in this case be GRANTED. Specifically, the Probation Office, District of Arizona, shall hereby produce the following items to the United States Attorney's Office:

1. The Polygraph Examination Report related to the polygraph examination done on December 19, 2018, to include the name and contact information of the polygrapher.
2. Notes of any third party's report relating to Lewis' contact with a minor, and Lewis having possession of a smart phone and/or other internet capable devices,

including any recordings, received by the Probation Office on January 14, 2019, and January 15, 2019.

3. Notes by any probation officer relating to the search and statements at the time of the search by the Probation Office at Lewis' residence on January 18, 2019, including: (a) statements made by Lewis; (b) statements made by witnesses; and (c) any notes related to the details of the search.

4. The (probation) warrant from February 18, 2019, and notes surrounding its issuance and circumstances surrounding Lewis' failure to appear.

5. Any and all notes between January 18, 2019, through April 2, 2019, of communications between the Probation Office and FBI personnel related to the devices seized on January 18, 2019, to include the use, ownership, or association with any of the devices seized.

6. A copy of the Order of Protection in Case No. CC-2019-240144000, Desert Ridge Justice Court (Arizona), signed on or about November 25, 2019, and notes from December 10, 2019, reflecting discussion between the probation officer and the individual L.L.

Date this _____ day of _____, 2020.